# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (SOUTHERN DIVISION)

Before the Honorable Robert P. Myers, Jr.

Initial Appearance/Criminal Complaint

| | | | |
|---|---|---|---|
| Case Number: | 1:26-mj-00632-RPM | UNITED STATES vs. **Smith, Sr** | |
| Hearing Date: | 7/10/2026 | Time In and Out: | 2:51 PM to 2:57 PM |
| Clerk: | SR | Courtroom: | 881 |
| Defendant: | **Arthur Joseph Smith, Sr** | Defendant's Counsel: | Leilani Tynes |
| AUSA: | Lee Smith | Pretrial/Probation: | Matthew Sones |
| Interpreter: | N/A | DUSM(s): | Bill Markopoulos/Kathleen Patrick |
| CSO: | Stanley Vance | | |

| | | |
|---|---|---|
| PROCEEDINGS | | |
| ☒ | Defendant sworn. | |
| ☒ | First Appearance by Defendant. | |
| ☒ | Defendant received a copy of charging document. | |
| ☒ | Defendant requests Preliminary Hearing. | |
| Custody Status | | |
| ☒ | Government requesting detention. Defendant requesting detention hearing. | |
| ☒ | Defendant detained pending hearing. | Defendant remanded to the custody of the U.S. Marshals pending further order of the Court. |
| ☒ | Preliminary/Detention Hearings set for Thursday, July 16, 2026, AT 10:30 AM before Magistrate Judge Robert P. Myers, Jr. | |
| ☐ | Bond and Conditions entered. | |
| Other | | |
| ☒ | Brady Order executed. | |