# CLERK'S MINUTE SHEET

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (SOUTHERN DIVISION)

Before the Honorable Robert P. Myers, Jr.

Preliminary/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | **1:26-mj-00632-RPM** | UNITED STATES vs. **Smith, Sr** | |
| Hearing Date: | 7/16/2026 | Time In and Out: | 11:05 AM to 11:30 AM |
| Clerk: | SR | Courtroom: | 881 |
| Defendant: | **Arthur Joseph Smith, Sr** | Defendant's Counsel: | Ryne Hand |
| AUSA: | Lee Smith | Pretrial/Probation: | Matthew Sones |
| Interpreter: | N/A | DUSM(s): Bill Markopoulos/Brad Nix/Brian Alfrod | |
| CSO: | Elfren Acosta | | |

| | | |
|---|---|---|
| **Testimony and Evidence Presented on Behalf of the Government:** | | |
| ☒ | Witness(es): Christopher Allen, HSI Agent | |
| ☒ | Exhibit(s): G-1 - Pretrial Services Report (Under Seal) | |
| **Testimony and Evidence Presented on Behalf of Defendant** | | |
| ☐ | Witness(es): | |
| ☐ | Exhibit(s): | |
| **Custody Status** | | |
| ☐ | Defendant waived preliminary hearing | |
| ☐ | Defendant waived detention hearing | |
| ☒ | Defendant remanded to custody of United States Marshals Service pending further Order of the Court. | Detention Order entered. |
| ☐ | Defendant released on bond. | $25,000 Unsecured Appearance bond. |
| ☐ | Conditions of release imposed | Order Setting Conditions of Release entered. |
| **Other** | | |
| ☒ | As to the Preliminary hearing, the Court found sufficient probable cause and ordered the defendant bound over for the next grand jury. | |