**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**STATE OF MISSISSIPPI** **PLAINTIFF**

**vs.** **CASE NO. 1:26-CR-00114-TBM-BWR**

**ARTHUR JOSEPH SMITH, SR.** **DEFENDANT**

# ENTRY OF APPEARANCE

COMES NOW Madeline Iles and enters her appearance as counsel for the Defendant in the above-styled matter.

Respectfully requested on this day, August 18, 2026.

/s/ *Madeline Iles*
Madeline Iles
Counsel for the Defendant

Madeline Iles, MSB No. 106186
EICHELBERGER LAW FIRM, PLLC
1640 Lelia Dr., Ste 120
Jackson, MS 39216
Telephone: 601-292-7940
Facsimile: 601-510-9103
Email: madeline@ike-law.com

## CERTIFICATE OF SERVICE

I, Madeline Iles, Attorney for Arthur Joseph Smith, do hereby certify that I have this day filed the foregoing document with the Clerk of Court via the ECF System, which caused to be served a true and correct copy of the foregoing document by delivered to all counsel of record.

So certified on this day, August 18, 2026.

/s/ *Madeline Iles*
Madeline Iles