**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**STATE OF MISSISSIPPI** **PLAINTIFF**

**vs.** **CASE NO. 1:26-CR-00114-TBM-BWR**

**ARTHUR JOSEPH SMITH, SR.** **DEFENDANT**

**MOTION TO CONTINUE**

COMES NOW, the Defendant, Arthur Joseph Smith, Sr., by and through undersigned counsel, and asks this Honorable Court for a continuance of the trial of this matter, currently scheduled for the three-week term commencing on November 30, 2026. In support thereof, the Defendant would show unto the Court the following:

1. This matter is scheduled for the three-week term beginning November 30, 2026.

2. Defense counsel has received partial discovery in this matter, but significant discovery items remain outstanding.

3. Therefore, defense counsel needs additional time to acquire and review the outstanding discovery and to prepare the defense in this case.

4. Once undersigned counsel is able to confer with counsel for the Government, the parties will immediately notify the Court whether the Government has any objection to this request for a continuance.

5. The Defendant, after being fully advised of his rights pursuant to the Speedy Trial Act, hereby agrees to this request and specifically waives the time period covered by this continuance, if granted, and further states that the request is not for delay, but is in the interest of justice and fairness.

**WHEREFORE PREMISES CONSIDERED**, the Defendant respectfully requests that

this Motion to Continue be received and considered by this Honorable Court and an Order issued granting continuance of the previously set-trial date and all related deadlines in this cause.

**RESPECTFULLY SUBMITTED**, this 6th day of November, 2026.

*/s/ Madeline Iles*
Madeline Iles
Counsel for Arthur Joseph Smith, Sr.

J. Matthew Eichelberger (MSB # 101060)
Madeline Iles (MSB # 106186)
THE EICHELBERGER LAW FIRM, PLLC
1640 Lelia Drive, Suite 120
Jackson, Mississippi 39216
Telephone: (601) 292-7940
Facsimile: (601) 510-9103
Email: matt@ike-law.com
Email: madeline@ike-law.com

## CERTIFICATE OF SERVICE

I, Madeline Iles, Attorney for Arthur Smith, do hereby certify that I have this day filed the foregoing Motion to Continue with the Clerk via the ECF system, which caused a true and correct copy of the same to be delivered to all counsel of record.

This the 6th day of November, 2026.

*/s/ Madeline Iles*
Madeline Iles